UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JODY KLIEBERT, ET AL. | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 22-898-JWD-SDJ |
| UNITED PROPERTY AND CASUALTY INSURANCE COMPANY | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Report and Recommendation of the Magistrate Judge issued on November 16, 2023 (Doc. 14), to which no objection was filed,

**IT IS ORDERED** that Plaintiffs' Motion for Leave to File First Supplemental and Amending Complaint for Damages (Doc. 13) is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk's Office is **ORDERED** to file Plaintiffs' First Supplemental and Amending Complaint for Damages (Doc 13-1) into the record.

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, for lack of subject matter jurisdiction in light of the addition of the addition of non-diverse Defendant Louisiana Insurance Guaranty Association.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on January 3, 2024.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

23rd JDC